ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :   INFORMATION

         -v.-                       :   08 Cr.

BRENDA SARGEANT,                    :   **08 CRIM.    289**

              Defendant.            :

- - - - - - - - - - - - - - - - - - x

### COUNT ONE

(Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1.   From at least in or about 2005 through at least in or about 2007, in the Southern District of New York and elsewhere, BRENDA SARGEANT, the defendant, together with others known and unknown, unlawfully, wilfully and knowingly would and did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Sections 1343 and 1349.

2.   It was a part and object of the conspiracy that BRENDA SARGEANT, the defendant, and her co-conspirators, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money by means of false and fraudulent pretenses, representations and promises, unlawfully, willfully, and knowingly did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifices, and to obtain money and

property by means of false and fraudulent pretenses, representations and promises, to wit, in or about 2005, SARGEANT's co-conspirators caused funds to be wired from bank accounts in New York, New York, controlled by the City of New York into bank accounts in the name of the Donna Reid Memorial Education Fund, in violation of Title 18, United States Code, Sections 1343 and 1349.

(Title 18, United States Code, Sections 1343 and 1349.)

## COUNT TWO

(Conspiracy to Commit Money Laundering)

3. From in or about 2005, through in or about 2007, in the Southern District of New York and elsewhere, BRENDA SARGEANT, the defendant, together with others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate and agree together and with each other to violate Title 18, United States Code, Section 1956.

4. It was a part and an object of the conspiracy that the defendant, together with others known and unknown, in an offense involving and affecting interstate commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, with the intent to promote the carrying on of the

specified unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

5. It was a further part and an object of the conspiracy that the defendant, together with others known and unknown, in an offense involving and affecting interstate commerce, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful activity, unlawfully, willfully and knowingly would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, wire fraud, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity in violation of Title 18, United States Code, Section 1956(B)(i).

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATION**

6. As the result of conspiring to commit wire fraud in violation of 18 U.S.C. §§ 1343 and 1349, and conspiring to commit money laundering in violation of 18 U.S.C. § 1956(h), as alleged in Counts One and Two of this ~~Indictment~~ Information, BRENDA SARGEANT, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, all property, real and personal, that constitutes or is derived from proceeds

traceable to the commission of the wire fraud offenses, including but not limited to the following:

    a. A sum of money representing the amount of proceeds obtained as a result of the wire fraud and money laundering offenses.

### Substitute Asset Provision

    7. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C),
   Title 21, United States Code, Section 853(p);
   Title 28, United States Code, Section 2461.)

*[signature]*
_____
MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

BRENDA SARGEANT,

Defendant.

**INFORMATION**
08 Cr.

(Title 18, United States
Code, Sections 1343, 1349, 1956(h);
Title 18, United States Code, Section
981(a)(1)(c); Title 21, United States
Code, Section 853(p); Title 28, United
States Code, Section 2461.)

MICHAEL J. GARCIA
United States Attorney.