```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :
                                       UNSEALING ORDER
        - v. -                  :
                                       08 Cr. 289
BRENDA SARGEANT,                :

                                :
                Defendant.      :
                                :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: x
DATE FILED: 4/30/08

The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Katherine Lemire and Rua M. Kelly, Assistant United States Attorneys, of counsel, hereby make this application to this Court for an Order to unseal the Information and the transcript of the defendant's plea allocution in the above-captioned matter.

MICHAEL J. GARCIA<br>
United States Attorney<br>
Southern District of New York<br>
<br>
By: _____<br>
Katherine Lemire/Rua M. Kelly<br>
Assistant United States Attorneys<br>
Southern District of New York<br>
(212) 637-2532/2471

IT IS SO ORDERED:

Dated: New York, New York
       April 29, 2008

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

0293